UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20504-CIV-SEITZ/WHITE

ALYD DAZZA,

        Movant,

v.

UNITES STATES OF AMERICA,

        Respondent.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-14]. In that Report, Magistrate Judge White recommends that Movant's Motion to Vacate Sentence, pursuant to 28 U.S.C. § 2255, be denied. Movant has filed no objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report, the record, and given that Plaintiff has not objected, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-14] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Petition [DE-1] is DENIED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE AND ORDERED at Miami, Florida, this 16th day of September, 2011.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        Counsel of Record/*Pro se* parties